**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6499**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MAURICIO LOPEZ HOWELL, a/k/a LoBo,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Fayetteville.  Malcolm J. Howard,
District Judge.  (CR-94-56, CA-00-296-5-H)

─────────────

Submitted:  August 23, 2001         Decided:  August 29, 2001

─────────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Mauricio Lopez Howell, Appellant Pro Se.  Jane J. Jackson, Assis-
tant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mauricio Lopez Howell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. See Jones v. Barnes, 463 U.S. 745, 751 (1983); United States v. Fisher, 58 F.3d 96, 100 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED